PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Cassandre Moinville                     Cr.: 06-00790-002
                                                          PACTS Number: 47131

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 06/08/09

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 5 year probation; Restitution $63,663.57

Type of Supervision: Probation                            Date Supervision Commenced: 06/08/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE (50 hours over 2 months)

You shall contribute 50 hours of community service work over a period of 2 months or less, from the date supervision commences. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On November 21, 2012, Moinville tested positive for use of marijuana. In addition, she has failed to follow the instructions of the probation officer by failing to report change of employment within 72 hours, and submit employment search logs.

Respectfully submitted,

Carolee Ann Azzarello
By: Lisa Martine 2012.12.20 12:00:30
U.S. Probation Officer
Date: 12/20/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

January 7, 2013
Date